# Quinlan Ex. 1

| | |
|---|---|
| **From:** | Sean McBeath <smcbeath@blackberry.com> |
| **Sent:** | Friday, July 11, 2025 7:29 AM |
| **To:** | Angela Quinlan |
| **Cc:** | Luke Stafford |
| **Subject:** | RE: Malikie |

Angela,

I confirm BlackBerry's agreement with the below statements.

Regards,

Sean McBeath
Senior Director, Head of Patents
Office: +1-972-501-8994
Mobile: +1-469-286-7025
smcbeath@blackberry.com

**From:** Angela Quinlan <angela@keypatentinnovations.ie>
**Sent:** Wednesday, July 9, 2025 12:45 PM
**To:** Sean McBeath <smcbeath@blackberry.com>
**Cc:** Luke Stafford <lstafford@blackberry.com>
**Subject:** [EXTERNAL] - Malikie

Dear Sean,

This confirms our discussions regarding Malikie's request that BlackBerry provide us with copies of licenses to BlackBerry's cellular SEPs that Teletry entered into with handset manufacturers.

- You indicated that BlackBerry possesses a number of these agreements.

- You also indicated that the agreements generally contain confidentiality provisions that restrict the extent to which the parties can share copies of the agreements with third parties.

- As a result of confidentiality restrictions, you indicated that BlackBerry is not permitted to share copies of these agreements with Malikie, and that BlackBerry will therefore not voluntarily provide these agreements to Malikie.

- However, you indicated that the confidentiality provisions generally permit disclosure of the agreements pursuant a court order or subpoena, provided that there is a protective order (or its equivalent, such as a confidentiality club) to protect the confidentiality of the agreements, subject to certain notice provisions.

- In light of this, you further indicated that BlackBerry would not oppose any request for a court order, and that BlackBerry would not object to disclosure of the agreements pursuant to a court order or subpoena, provided that there are suitable confidentiality protections, such as a protective order or confidentiality club.

1

Please confirm BlackBerry's agreement with the above statements.

Thanks,

Angela



**Angela Quinlan, BA, BAI, PhD, CPA, EPA**
Managing Director
Email: angela@keypatentinnovations.ie
Mobile: +353 87 917 1202
www.keypatentinnovations.ie

*This email is confidential and privileged.*
*If you receive this email in error, please delete it and contact the sender.*

This email and any attachments are intended solely for the use of the individual or entity to whom they are addressed. This email may contain information that is confidential, privileged, or otherwise protected from disclosure. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this email in error, please immediately contact the sender and delete all copies of this email and any attachments from your systems. Any unauthorized review, use, dissemination, distribution, or reproduction of this email by unintended recipients is not authorized and may be unlawful. Thank you for your cooperation.