# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | ) ) ) ) CASE NO.: _____ |

**ORDER GRANTING *EX PARTE* APPLICATION OF MALIKIE INNOVATIONS, LTD. AND KEY PATENT INNOVATIONS, LTD. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

Applicants Malikie Innovations, Ltd., ("Malikie Innovations") and Key Patent Innovations, Ltd. ("KPI;") (collectively "Malikie") filed an *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782, authorizing them to take discovery from BlackBerry Corp. for use in Foreign Proceedings. For the reasons set forth below, and for good cause shown, it is hereby:

**ORDERED** that the Application is **GRANTED** for the following reasons:

1. Malikie satisfies each statutory requirement for Section 1782 discovery: BlackBerry Corp. is found in this district, the requested discovery is for use in foreign proceedings, and Malikie is an interested person in those proceedings.

2. The discretionary factors favor granting the requested discovery; and it is further:

**ORDERED** that the Applicants are authorized to serve BlackBerry Corp. with the subpoena attached as Exhibit 1 to the Declaration of Randal Miller; and it is further:

**ORDERED** that BlackBerry Corp. shall produce documents in its possession, custody, and control that are responsive to the requests in the subpoena directed to it within 14 days of service of the subpoena.