**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| IN RE APPLICATION FOR AN ORDER | ) | CASE NO.: 2:25-mc-00006-JRG-RSP |
| PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN | ) | |
| DISCOVERY FOR USE IN FOREIGN | ) | |
| PROCEEDINGS | | |

**<u>ORDER</u>**

Before the Court is Malikie Innovations, Ltd., and Key Patent Innovations, Ltd.'s ("Applicants") *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782, authorizing them to take discovery from BlackBerry Corp. for use in Foreign Proceedings. **Dkt. No. 1**. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that the Applicants are authorized to serve BlackBerry Corp. with the subpoena attached as Dkt. No. 1-2.

It is further **ORDERED** that BlackBerry Corp. shall produce documents in its possession, custody, and control that are responsive to the requests in the subpoena directed to it within 30 days of service of the subpoena.

**SIGNED this 24th day of July, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE