# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. §1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS § § § § | Case No. 2:25-mc-00006-JRG-RSP |

## ORDER

Non-party Apple, Inc. previously filed a "Motion for a Supplemental Protective Order." (Dkt. No. 13.) Magistrate Judge Payne entered a Memorandum Order (Dkt. No. 29), granting-in-part Apple's Motion for a Supplemental Protective Order by recommending the issuance of a supplemental protective order which does not limit production to outside attorneys' eyes only, and requires all persons accessing the A-B Agreements at issue to submit to the jurisdiction of this Court. Apple has now filed Objections. (Dkt. No. 35.)

After reviewing the briefing on the Motion for a Supplemental Protective Order, Judge Payne's Memorandum Order, and the briefing on Apple's Objections, the Court agrees with the reasoning provided within the Memorandum Order and concludes that the Objections fail to show that the Memorandum Order was clearly erroneous or contrary to law.

Consequently, the Court **OVERRULES** Apple's Objections (Dkt. No. 35) and **ADOPTS** Judge Payne's Memorandum Order (Dkt. No. 29).

**So ORDERED and SIGNED this 7th day of November, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE